AO 247 (Rev. 11/11) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)     Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

Western District of New York

| | |
|---|---|
| United States of America<br>v.<br><br>DAREN A. BROOKS<br><br>Date of Original Judgment: 10/15/12<br>Date of Previous Amended Judgment: _____<br>*(Use Date of Last Amended Judgment if Any)* | Case No: 10-CR-6127<br>USM No: 03839-055<br><br>Pro Se<br>*Defendant's Attorney* |

## AMENDED ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.  ☒ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of  300  months **is reduced to**  192 months  .

Pursuant to the Mandate received from the Second Circuit Court of Appeals which was filed on June 26, 2018, which remanded the above matter back to this Court, the Court reconsidered the defendant's eligibility for a reduction of sentence. After review of the Revised Abbreviated Supplemental Presentence Report provided by the United States Probation Department, the amended guideline range of 168-210 months and the defendant's total offense level of 32 and a criminal history category of IV, the Court determines that the defendant is eligible for a reduction in sentence. Therefore, the Court re-sentences the defendant to a reduced sentence of 192 months based on the amended guideline range of 168-210 months.

Except as otherwise provided, all provisions of the judgment dated  10/15/2012  shall remain in effect.
**IT IS SO ORDERED.**

Order Date: 07/12/2018

*Judge's signature* (Charles Siragusa)

Effective Date: _____
*(if different from order date)*

Hon. Charles J. Siragusa, United States District Judge
*Printed name and title*